<u>**UNPUBLISHED**</u>

FILED: July 1, 2014

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 13-1473
(1:12-cv-00212-JKB)

_____

REYA C. BOYER-LIBERTO

     Plaintiff - Appellant

v.

FONTAINEBLEAU CORPORATION, trading as Clarion Resort Fontainebleau Hotel; LEONARD P. BERGER

     Defendants - Appellees

EQUAL EMPLOYMENT OPPORTUNITY COMMISSION; METROPOLITAN WASHINGTON EMPLOYMENT LAWYERS ASSOCIATION; PUBLIC JUSTICE CENTER

     Potential Amici Curiae

_____

O R D E R

_____

A majority of judges in regular active service and not disqualified having

voted in a requested poll of the court to grant the petition for rehearing en banc,

IT IS ORDERED that rehearing en banc is granted.

Counsel shall file 15 additional paper copies of all briefs and appendices previously filed in this case within 10 days.

This case is calendared for oral argument on 9/18/2014.

For the Court

/s/ Patricia S. Connor, Clerk